# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

In re: LOADSTAR SYSTEMS, INC.  §   Case No. 17-20111-MJK
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

R. Michael Souther, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$0.00_               Assets Exempt: _N/A_
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,792.25          Claims Discharged
                                                     Without Payment: N/A

Total Expenses of Administration: $23,963.25

3) Total gross receipts of $    49,755.50    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $49,755.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,963.25 | 23,963.25 | 23,963.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,720.00 | 1,570.00 | 1,570.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 743,984.00 | 430,801.86 | 425,087.86 | 24,222.25 |
| **TOTAL DISBURSEMENTS** | $743,984.00 | $457,485.11 | $450,621.11 | $49,755.50 |

4) This case was originally filed under Chapter 7 on February 09, 2017. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2019          By: /s/R. Michael Souther, Trustee
                                   Trustee, Bar No.: 668325

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCT - INTERSTATE FCU | 1129-000 | 2,437.50 |
| FUNDS PAID TO IRS ON BEHALF OF THIRD PARTIES | 1241-000 | 33,147.00 |
| PREFERENTIAL TRANSFER PAID TO INTERSTATE FCU | 1241-000 | 10,000.00 |
| FUNDS ON DEPOSIT AT HARPER ACCOUNTING | 1229-000 | 4,000.00 |
| WORKERS COMPENSATION INSURANCE REFUND | 1229-000 | 51.00 |
| CARGO INSURANCE REFUND | 1229-000 | 120.00 |
| **TOTAL GROSS RECEIPTS** | | $49,755.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - R. Michael Souther, Trustee | 2200-000 | N/A | 407.66 | 407.66 | 407.66 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Accountant for Trustee Fees (Trustee Firm) - Arthur H. Walters, CPA, P.C. | 3310-000 | N/A | 10,600.00 | 10,600.00 | 10,600.00 |
| Trustee Compensation - R. Michael Souther, Trustee | 2100-000 | N/A | 5,725.55 | 5,725.55 | 5,725.55 |
| Attorney for Trustee Fees (Trustee Firm) - R. MICHAEL SOUTHER, P.C. | 3110-000 | N/A | 5,312.50 | 5,312.50 | 5,312.50 |
| Attorney for Trustee Expenses (Trustee Firm) - R. MICHAEL SOUTHER, P.C. | 3120-000 | N/A | 522.81 | 522.81 | 522.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.14 | 10.14 | 10.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.04 | 18.04 | 18.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.42 | 17.42 | 17.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.79 | 19.79 | 19.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.36 | 17.36 | 17.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.22 | 65.22 | 65.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.71 | 67.71 | 67.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.89 | 34.89 | 34.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.16 | 44.16 | 44.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,963.25 | $23,963.25 | $23,963.25 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 30P | HOLDEN TRUCKING INC | 5200-000 | N/A | 1,150.00 | 0.00 | 0.00 |
| 38 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 1,570.00 | 1,570.00 | 1,570.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,720.00 | $1,570.00 | $1,570.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | MUSTANG TRUCKING COMPANY | 7100-000 | 2,400.00 | 2,400.00 | 2,400.00 | 136.76 |
| 2 | FORWARD FINANCING | 7100-000 | 71,000.00 | 66,170.00 | 66,170.00 | 3,770.48 |
| 3 -2 | LANDSTAR RANGER, INC. | 7100-000 | 13,500.00 | 10,474.00 | 10,474.00 | 596.83 |
| 4 | EULER HERMES N. A. AGENT FOR BERNER TRUCKING | 7100-000 | N/A | 1,350.00 | 1,350.00 | 76.93 |
| 5 -3 | PACIFIC FINANCIAL ASSOCIATION INC. | 7100-000 | N/A | 99,997.50 | 99,997.50 | 5,698.03 |
| 6 | BERNER TRUCKING,INC. | 7100-000 | 1,350.00 | 1,350.00 | 0.00 | 0.00 |
| 7 | LYCO HOSPITALITY LLC | 7100-000 | 1,200.00 | 1,200.00 | 1,200.00 | 68.38 |
| 8 | MRH TRANSPORT, LLC | 7100-000 | 1,250.00 | 1,250.00 | 1,250.00 | 71.23 |
| 9 | TENNESSEE STEEL HAULERS | 7100-000 | 1,300.00 | 1,058.00 | 1,058.00 | 60.29 |
| 10 | BOLIN TRUCKING | 7100-000 | 1,300.00 | 1,300.00 | 1,300.00 | 74.08 |
| 11 | BARRY BASHORE, INC. | 7100-000 | 2,675.00 | 2,675.00 | 2,675.00 | 152.43 |
| 12 | T.S. EXPEDITING SERVICES, INC. | 7100-000 | 2,075.00 | 2,075.00 | 2,075.00 | 118.24 |
| 13 | LOUISIANA-PACIFIC CORPORATION | 7100-000 | 3,100.00 | 3,100.00 | 3,100.00 | 176.64 |
| 14 | KALI ENTERPRISES INC | 7100-000 | 1,750.00 | 1,750.00 | 1,750.00 | 99.72 |
| 15 | ADAMS TRUCKING, INC. | 7100-000 | 2,500.00 | 2,500.00 | 2,500.00 | 142.45 |
| 16 | 9076-7286 QUEBEC, INC. | 7100-000 | 2,050.00 | 2,050.00 | 2,050.00 | 116.81 |
| 17 | LANDIS TRANSPORT LLC | 7100-000 | 900.00 | 900.00 | 900.00 | 51.28 |
| 18 -2 | MUNSON ENTERPRIZES, LLC | 7100-000 | 1,050.00 | 1,050.00 | 1,050.00 | 59.83 |
| 19 | NORTHERN LOGISTICS, INC. | 7100-000 | 1,375.00 | 1,375.00 | 1,375.00 | 78.35 |
| 20 | WARREN HILL TRUCKING, INC. | 7100-000 | 2,150.00 | 2,150.00 | 2,150.00 | 122.51 |
| 21 | FLIGHT 93 LLC | 7100-000 | 950.00 | 1,071.29 | 1,071.29 | 61.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 -2 | MICHAEL A. MANUEL TRUCKING | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 91.17 |
| 23 -4 | HOFFMAN TRUCKING, INC. | 7100-000 | 3,175.00 | 1,525.00 | 1,525.00 | 86.90 |
| 24 | PAT STUART & SON TRUCKING, LLC | 7100-000 | 1,300.00 | 1,300.00 | 1,300.00 | 74.08 |
| 25 -2 | STRAUSBURGER TRUCKING, INC. | 7100-000 | 7,162.00 | 1,200.00 | 1,200.00 | 68.38 |
| 26 -3 | HOLMES COMPANY OF JACKSON, INC. | 7100-000 | 1,200.00 | 976.00 | 976.00 | 55.61 |
| 27 -3 | FARMERS ELEVATOR OF KENSINGTON, MN INC. | 7100-000 | 825.00 | 825.00 | 825.00 | 47.01 |
| 28 | NATIONWIDE TRANSPORT FINANCE | 7100-000 | 1,200.00 | 1,200.00 | 1,200.00 | 68.38 |
| 29 | MJS TRANSPORTATION, INC. | 7100-000 | 800.00 | 800.00 | 800.00 | 45.59 |
| 30U | HOLDEN TRUCKING INC | 7100-000 | 1,150.00 | 1,314.89 | 1,314.89 | 74.92 |
| 31 | GROUND SHAKER TRANSPORT, LLC | 7100-000 | 2,000.00 | 2,000.00 | 2,000.00 | 113.96 |
| 32 | NATIONAL TRUCKLOAD, INC. | 7100-000 | 2,925.00 | 2,379.00 | 2,379.00 | 135.56 |
| 33 | RIVER CITY LOGISTICS, INC. | 7100-000 | 1,800.00 | 1,464.00 | 1,464.00 | 83.42 |
| 34 | LION ZION TRUCKING LLC | 7100-000 | 2,750.00 | 2,750.00 | 2,750.00 | 156.70 |
| 35 | WARREN HILL TRUCKING, INC. | 7100-000 | N/A | 2,900.00 | 0.00 | 0.00 |
| 36 | ANTHONY D. BILL TRUCKING | 7100-000 | 1,700.00 | 1,700.00 | 1,700.00 | 96.87 |
| 37 | RIVER CITY LOGISTICS, INC. | 7100-000 | N/A | 1,464.00 | 0.00 | 0.00 |
| 39 | DSD TRANSPORT LLC | 7100-000 | 1,600.00 | 1,302.00 | 1,302.00 | 74.19 |
| 40 | X-TREME TRUCKING LLC | 7100-000 | 3,600.00 | 1,650.00 | 1,650.00 | 94.02 |
| 41 -2 | WADDELL TRUCKING, LLC | 7100-000 | 855.00 | 788.00 | 788.00 | 44.90 |
| 42 | MARQUARDT SKYWAY TRANSPORTATION | 7100-000 | 1,100.00 | 895.00 | 895.00 | 51.00 |
| 43 | ONE NINER SEVEN TRANSPORT LLC. | 7100-000 | 1,150.00 | 1,161.56 | 1,161.56 | 66.19 |
| 44 | KNIGHT CAPITAL FUNDING III, LLC | 7100-000 | 69,949.00 | 187,365.62 | 187,365.62 | 10,676.42 |
| 45 | J & J WAREHOUSING AND STORAGE, INC. | 7100-000 | 2,000.00 | 2,000.00 | 2,000.00 | 113.96 |
| 46 | ROBERT GLOVER DBA K AND B TRUCK SERVICES | 7100-000 | 1,225.00 | 996.00 | 996.00 | 56.75 |
| 47 | FULLY LOADED TRANSPORT, LLC | 7100-000 | 2,000.00 | 2,000.00 | 2,000.00 | 113.96 |
| NOTFILED | 27 | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | A.D.A. Trucking, Inc. | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Accuwright | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace X-Press, Inc | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | ADD Trucking, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | ADRI Transportation, Inc. | 7100-000 | 1,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Affiliated Transport, Corporation | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | AJS Transport | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | AL-EX Transportation ATTN: Anna Yatchuk | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |

| NOTFILED | Alabama Carriers, Inc. | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
|----------|------------------------|----------|----------|-----|-----|------|
| NOTFILED | Alliance Credit Union Cardmember Service | 7100-000 | 6,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Altmire Trucking | 7100-000 | 2,650.00 | N/A | N/A | 0.00 |
| NOTFILED | American Star Logistics Corp | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | American Transport Services, Inc. | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | American Transport, Inc. | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | American Transportation of Cades, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Angel Enterprise | 7100-000 | 1,995.00 | N/A | N/A | 0.00 |
| NOTFILED | APS Transports, LLC | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | ASAP Modular Movers | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Aschenbrenner Trucking, Inc. | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashton Logistics, LLC | 7100-000 | 1,275.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlas Specialized Transport, Inc. | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Ayscue Grading & Hauling | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | B & S Transporting, Inc. | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | B & T Express, Inc. | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Thompson Transport, Inc. | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Bishopville Specialties | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | BMC Transport | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bo Jones Trucking, LLC | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Boettcher Truck Lines, LLC | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bon Trucking | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Boyd and Company Logistics | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Bronco Transportation | 7100-000 | 2,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Butch Driesen Trucking | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Byler Transport, LLC | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | C & P Trucking Services, Inc. | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | C & W Trucking | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | C and C Trucking Service, Inc. | 7100-000 | 2,625.00 | N/A | N/A | 0.00 |
| NOTFILED | C.D. Haugen, Inc. | 7100-000 | 1,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardinal Transport, Inc. | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Carrier One, Inc. | 7100-000 | 4,725.00 | N/A | N/A | 0.00 |
| NOTFILED | CD Moore Trucking, LLC | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Challenge Trucking, LLC | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Champion Truck Lines, LLC | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Chariot Trucking, LLC | 7100-000 | 1,283.00 | N/A | N/A | 0.00 |
| NOTFILED | Chesapeake Management Group, LLC | 7100-000 | 3,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Classified Transport Co., LLC | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Clever Transfer, LLC | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Cliff Browning Trucking | 7100-000 | 2,050.00 | N/A | N/A | 0.00 |
| NOTFILED | CO Express | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CTI Express, LLC | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Dalton, Inc. | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Daltons Trucking, LLC | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave Newbern Concrete Service | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave's Sand & Stone DBA Grieser Tran | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Denis J, Inc | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Diamond State Trucking, Inc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Double K Transportation, Inc | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Dreamers Transport, LLC | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | DT & Freight Company, Inc. | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | EAI Transportation | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Express, Inc | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Ed&Y Transportation, Inc. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | EL Paso Freight | 7100-000 | 2,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Elbac, Inc. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Fabella Transport, Inc. | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Flat Trip, Inc | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Movers, Inc. | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | FLS Trucking, LLC | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | G & G Espinoza Transport | 7100-000 | 1,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Geeding Brothers, LLC | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemenis Twin Transport, LLC | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Gogel Brothers LLC | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Golden Eagle Logistics, Inc. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Greatwide Dallas Mavis, LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greenline Transportation, LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greer Trucking, LLC | 7100-000 | 850.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grube's Trucking, Inc. | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris-N-Son Trucking | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HDZ Transport Co | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Hedge & Herberg, Inc. | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoffman Transit Company, Inc. | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Houndstooth Transportation, Inc. | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | HP Carriers, Inc. | 7100-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | HTC Express, Inc. | 7100-000 | 5,450.00 | N/A | N/A | 0.00 |
| NOTFILED | I OK Inc. | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | IDI Logistics, Inc | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Invictus Transport, LLC | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | J & J Transport Corp | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Jimmie Tucker Trucking, Inc. | 7100-000 | 2,150.00 | N/A | N/A | 0.00 |
| NOTFILED | jjb Logistics, Inc | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | JK Trucking | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | JKE Express, Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | JLE Industries, LLC | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | John Boiter, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | JR Smith, Inc | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JRT Transportation | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | JT's Hauling | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | K & M Express II | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | K.R. Drenth Trucking, Inc. | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Kabbage Loan Payments | 7100-000 | 97,374.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Krager Trucking | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Ryman, Inc | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Kivi Brothers Trucking, Inc | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | KL Express, LLC | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Koellen Trucking, LLC | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | KS Xpress, Inc. | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Kue, Inc. | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | L&S Transport, Inc. | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Lana Logistics Corporation | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Land Transportation | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lartex Trucking | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lee's Transport, Inc | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Loggins Logistics, Inc | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Loudon County Trucking | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Lt. Johns, LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | M & P Transport, Inc. | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | MAC Transportation, LLC | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Makada Logistics, LLC | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Makada Transport, Inc | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Manning Transfer, Inc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Danner | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Trucking | 7100-000 | 2,450.00 | N/A | N/A | 0.00 |
| NOTFILED | McGee Trucking | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Medallion Transport & Logistics | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Meteor Express, Inc. | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-Ark Utilities & Rig Services, Inc. | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Millas Cargo, LLC | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | MJ Daniels Trucking, LLC | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Morales Trucking Fast Del | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Murillo Transport Corp | 7100-000 | 5,675.00 | N/A | N/A | 0.00 |
| NOTFILED | My Truck Logistics, LLC | 7100-000 | 1,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Navigators Logistics, Inc | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | New Creation Transpor | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Newmarket Equipment, Inc | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Norco | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Novel Tranz, Inc | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NRG Transportation, LLC | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Olsen Transport, Inc | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Omnikeys, Inc | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | On Time Trucking, Inc. | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Ort Transportation | 7100-000 | 2,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Ozark Logistic Corporation | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | P & S Corporation, Inc. | 7100-000 | 35,218.00 | N/A | N/A | 0.00 |
| NOTFILED | P.E.A.S. LLC | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Page Spreading and Trucking | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Patel Transport, Inc. | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Transportation, Inc. | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Peterson Transportation, Inc. | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Phoenix Specialized Transportation, LLC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Pimco Transportation | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | PlainsXpress | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Plumley Trucking, Inc | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Powers Transport | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Craneworks, LLC | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | PRI Transport, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | PSO Transportation, Inc | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Purpose Specialized Solutions, Inc | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Commercial Structures, LLC | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | R.J. and Sons, LLC | 7100-000 | 2,950.00 | N/A | N/A | 0.00 |
| NOTFILED | RDB Trucking, LLC | 7100-000 | 1,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Reynolds Transport, SD LLC | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Wolfe Trucking, Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Richmond Trucking, Inc. | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Riga Transports, LLC | 7100-000 | 2,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Ritch Trucking, Inc. | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Roadrunner Transportation Services | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Roane Transportation Services, LLC | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | RT 80 Express, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Ruff Rydrz Enterprizes | 7100-000 | 1,473.00 | N/A | N/A | 0.00 |
| NOTFILED | RW Transport & Midwight Flyer & Co. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | SA Trucking Logistics, Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam Livingston Trucking | 7100-000 | 2,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarat, UA, Inc. | 7100-000 | 2,630.00 | N/A | N/A | 0.00 |
| NOTFILED | SC & Son Transport, Inc | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Xpress, LLC | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Shipper's Select Trucking, Inc. | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Silver Brook Farms, LLC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Silver Star Transportation, Inc. | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |

| NOTFILED | Simpson Trucking | 7100-000 | 1,045.00 | N/A | N/A | 0.00 |
|----------|------------------|----------|----------|-----|-----|------|
| NOTFILED | Smith DOT LLC | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Sojourner Trucking, Inc | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | South Florida Transport Svcs Corp | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwestern Nevada, LLC | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Speedy Gonzalez Trucking | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Spencer Trucking, LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Springbrook Express, LLC | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Steel Ventures, LLC dba EXLTube | 7100-000 | 7,162.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunteck Transport Group | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | T & T Farms, Inc | 7100-000 | 4,850.00 | N/A | N/A | 0.00 |
| NOTFILED | TBG Companys LLC | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | The Best Transfer Co. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Three Sisters Transport | 7100-000 | 1,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Timber Transport, Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TnT Hauling | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Top Transport, Inc | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Tortorigi Hauling, Inc. | 7100-000 | 1,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Tramcor Corporation | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Transcar Express | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Transporation, LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | TRC Industries, Inc. | 7100-000 | 1,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Triple B Transport, Inc. | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Triple C Flatbed Holdings | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Troy Anderson Trucking, LLC | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Truitt Trucking, LLC | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Ukifela, LLC | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Truckload | 7100-000 | 2,425.00 | N/A | N/A | 0.00 |
| NOTFILED | Universe Carrier, Inc | 7100-000 | 3,025.00 | N/A | N/A | 0.00 |
| NOTFILED | US Cargo Transportation | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Val's Trucking | 7100-000 | 2,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Vinas Transport | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Viper Trucking, LLC | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | VK Transportation, Inc. | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Walking on Faith Trucking | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Weaver Trucking, LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Westbrook Carriers, Inc. | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | Western United, LLC | 7100-000 | 3,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Widner Group, Inc. | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilddog Trucking | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Williams Bruckman Trucking, LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilson Trucking | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Yan Trucking | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | ZP Transport, Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $743,984.00 | $430,801.86 | $425,087.86 | $24,222.25 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-20111-MJK | **Trustee:** (300390) R. Michael Souther, Trustee |
| **Case Name:** LOADSTAR SYSTEMS, INC. | **Filed (f) or Converted (c):** 02/09/17 (f) |
| | **§341(a) Meeting Date:** 03/06/17 |
| **Period Ending:** 10/07/19 | **Claims Bar Date:** 11/30/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCT - INTERSTATE FCU<br>  Funds turned over to Trustee upon demand; no<br>corresponding Order. | 2,500.00 | 2,500.00 | | 2,437.50 | FA |
| 2 | FUNDS PAID TO IRS ON BEHALF OF THIRD<br>PARTIES  (u)<br>  See Adv. Proc. 18-02001. | 33,147.00 | 33,147.00 | | 33,147.00 | FA |
| 3 | PREFERENTIAL TRANSFER PAID TO INTERSTATE<br>FCU  (u)<br>  See A/P 17-02017 filed 11/15/17. | 13,134.45 | 13,134.45 | | 10,000.00 | FA |
| 4 | FUNDS ON DEPOSIT AT HARPER ACCOUNTING<br>(u) | 7,725.00 | 7,725.00 | | 4,000.00 | FA |
| 5 | WORKERS COMPENSATION INSURANCE REFUND<br>(u) | 51.00 | 51.00 | | 51.00 | FA |
| 6 | CARGO INSURANCE REFUND  (u) | 120.00 | 120.00 | | 120.00 | FA |
| 6 | **Assets**    **Totals** (Excluding unknown values) | **$56,677.45** | **$56,677.45** | | **$49,755.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

    10/7/19 - TDR

| | |
|---|---|
| **Initial Projected Of Final Report (TFR):**    July 30, 2018 | **Current Projected Date Of Final Report (TFR):**    March 15, 2019  (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-20111-MJK

**Case Name:** LOADSTAR SYSTEMS, INC.

**Taxpayer ID #:** \*\*-\*\*\*5425

**Period Ending:** 10/07/19

**Trustee:** R. Michael Souther, Trustee (300390)

**Bank Name:** Rabobank, N.A.

**Account:** \*\*\*\*\*\*8166 - Checking Account

**Blanket Bond:** $4,055,000.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/17 | {1} | Interstate Credit Union | Turn over of funds on deposit with the credit union at the time of filing. | 1129-000 | 2,437.50 | | 2,437.50 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,427.50 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,417.50 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,407.50 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,397.50 |
| 01/29/18 | {5} | Liberty Mutual | Refund for workers' comp insurance premium | 1229-000 | 51.00 | | 2,448.50 |
| 01/29/18 | {6} | First Insurance Funding Corp. | Refund for cargo insurance premium | 1229-000 | 120.00 | | 2,568.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,558.50 |
| 02/14/18 | {3} | Christopher R. Williams | Payment of settlment funds in Adv. Proc. 17-02017 per Order (Dkt. # 12) | 1241-000 | 10,000.00 | | 12,558.50 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 12,548.36 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.04 | 12,530.32 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.42 | 12,512.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.79 | 12,493.11 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.36 | 12,475.75 |
| 07/02/18 | {2} | United States Treasury | Funds turned over by the IRS per adversary proceeding [Order #14 in A/P #18-2001] | 1241-000 | 33,147.00 | | 45,622.75 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.22 | 45,557.53 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.71 | 45,489.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.89 | 45,454.93 |
| 10/01/18 | {4} | Harper Accounting & Tax Service | Turn-over of funds that had been paid to Harper Accounting Services as a type of "retainer". | 1229-000 | 4,000.00 | | 49,454.93 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.16 | 49,410.77 |
| 05/09/19 | 101 | Clerk | Dividend paid 100.00% on $1,050.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 1,050.00 | 48,360.77 |
| 05/09/19 | 102 | Arthur H. Walters, CPA, P.C. | Dividend paid 100.00% on $10,600.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 10,600.00 | 37,760.77 |
| 05/09/19 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,570.00; Claim# 38; Filed: $1,570.00; Reference: Voided on 06/13/19 | 5800-000 | | 1,570.00 | 36,190.77 |
| 05/09/19 | 104 | MUSTANG TRUCKING COMPANY | Dividend paid 5.69% on $2,400.00; Claim# 1 -2; Filed: $2,400.00; Reference: | 7100-000 | | 136.76 | 36,054.01 |
| 05/09/19 | 105 | FORWARD FINANCING | Dividend paid 5.69% on $66,170.00; Claim# 2; Filed: $66,170.00; Reference: | 7100-000 | | 3,770.48 | 32,283.53 |

Subtotals : $49,755.50 $17,471.97

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-20111-MJK
**Case Name:** LOADSTAR SYSTEMS, INC.

**Taxpayer ID #:** **-***5425
**Period Ending:** 10/07/19

**Trustee:** R. Michael Souther, Trustee (300390)
**Bank Name:** Rabobank, N.A.
**Account:** ******8166 - Checking Account
**Blanket Bond:** $4,055,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/19 | 106 | LANDSTAR RANGER, INC. | Dividend paid 5.69% on $10,474.00; Claim# 3-2; Filed: $10,474.00; Reference: | 7100-000 | | 596.83 | 31,686.70 |
| 05/09/19 | 107 | EULER HERMES N. A. AGENT FOR BERNER TRUCKING | Dividend paid 5.69% on $1,350.00; Claim# 4; Filed: $1,350.00; Reference: | 7100-000 | | 76.93 | 31,609.77 |
| 05/09/19 | 108 | PACIFIC FINANCIAL ASSOCIATION INC. | Dividend paid 5.69% on $99,997.50; Claim# 5-3; Filed: $99,997.50; Reference: | 7100-000 | | 5,698.03 | 25,911.74 |
| 05/09/19 | 109 | LYCO HOSPITALITY LLC | Dividend paid 5.69% on $1,200.00; Claim# 7; Filed: $1,200.00; Reference: | 7100-000 | | 68.38 | 25,843.36 |
| 05/09/19 | 110 | MRH TRANSPORT, LLC | Dividend paid 5.69% on $1,250.00; Claim# 8; Filed: $1,250.00; Reference: | 7100-000 | | 71.23 | 25,772.13 |
| 05/09/19 | 111 | TENNESSEE STEEL HAULERS | Dividend paid 5.69% on $1,058.00; Claim# 9; Filed: $1,058.00; Reference: | 7100-000 | | 60.29 | 25,711.84 |
| 05/09/19 | 112 | BOLIN TRUCKING | Dividend paid 5.69% on $1,300.00; Claim# 10; Filed: $1,300.00; Reference: | 7100-000 | | 74.08 | 25,637.76 |
| 05/09/19 | 113 | BARRY BASHORE, INC. | Dividend paid 5.69% on $2,675.00; Claim# 11; Filed: $2,675.00; Reference: | 7100-000 | | 152.43 | 25,485.33 |
| 05/09/19 | 114 | T.S. EXPEDITING SERVICES, INC. | Dividend paid 5.69% on $2,075.00; Claim# 12; Filed: $2,075.00; Reference: | 7100-000 | | 118.24 | 25,367.09 |
| 05/09/19 | 115 | LOUISIANA-PACIFIC CORPORATION | Dividend paid 5.69% on $3,100.00; Claim# 13; Filed: $3,100.00; Reference: | 7100-000 | | 176.64 | 25,190.45 |
| 05/09/19 | 116 | KALI ENTERPRISES INC | Dividend paid 5.69% on $1,750.00; Claim# 14; Filed: $1,750.00; Reference: | 7100-000 | | 99.72 | 25,090.73 |
| 05/09/19 | 117 | ADAMS TRUCKING, INC. | Dividend paid 5.69% on $2,500.00; Claim# 15; Filed: $2,500.00; Reference: | 7100-000 | | 142.45 | 24,948.28 |
| 05/09/19 | 118 | 9076-7286 QUEBEC, INC. | Dividend paid 5.69% on $2,050.00; Claim# 16; Filed: $2,050.00; Reference: | 7100-000 | | 116.81 | 24,831.47 |
| 05/09/19 | 119 | LANDIS TRANSPORT LLC | Dividend paid 5.69% on $900.00; Claim# 17; Filed: $900.00; Reference: | 7100-000 | | 51.28 | 24,780.19 |
| 05/09/19 | 120 | MUNSON ENTERPRIZES, LLC | Dividend paid 5.69% on $1,050.00; Claim# 18-2; Filed: $1,050.00; Reference: | 7100-000 | | 59.83 | 24,720.36 |
| 05/09/19 | 121 | NORTHERN LOGISTICS, INC. | Dividend paid 5.69% on $1,375.00; Claim# 19; Filed: $1,375.00; Reference: | 7100-000 | | 78.35 | 24,642.01 |
| 05/09/19 | 122 | WARREN HILL TRUCKING, INC. | Dividend paid 5.69% on $2,150.00; Claim# 20; Filed: $2,150.00; Reference: | 7100-000 | | 122.51 | 24,519.50 |
| 05/09/19 | 123 | FLIGHT 93 LLC | Dividend paid 5.69% on $1,071.29; Claim# 21; Filed: $1,071.29; Reference: | 7100-000 | | 61.04 | 24,458.46 |
| 05/09/19 | 124 | MICHAEL A. MANUEL TRUCKING | Dividend paid 5.69% on $1,600.00; Claim# 22-2; Filed: $1,600.00; Reference: | 7100-000 | | 91.17 | 24,367.29 |
| 05/09/19 | 125 | HOFFMAN TRUCKING, INC. | Dividend paid 5.69% on $1,525.00; Claim# 23 | 7100-000 | | 86.90 | 24,280.39 |

Subtotals : $0.00 $8,003.14

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-20111-MJK | Trustee: | R. Michael Souther, Trustee (300390) |
|---|---|---|---|
| Case Name: | LOADSTAR SYSTEMS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8166 - Checking Account |
| Taxpayer ID #: | **-***5425 | Blanket Bond: | $4,055,000.00  (per case limit) |
| Period Ending: | 10/07/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | -4; Filed: $1,525.00; Reference: | | | | |
| 05/09/19 | 126 | PAT STUART & SON TRUCKING, LLC | Dividend paid  5.69% on $1,300.00; Claim# 24; Filed: $1,300.00; Reference: | 7100-000 | | 74.08 | 24,206.31 |
| 05/09/19 | 127 | STRAUSBURGER TRUCKING, INC. | Dividend paid  5.69% on $1,200.00; Claim# 25 -2; Filed: $1,200.00; Reference: | 7100-000 | | 68.38 | 24,137.93 |
| 05/09/19 | 128 | HOLMES COMPANY OF JACKSON, INC. | Dividend paid  5.69% on $976.00; Claim# 26 -3; Filed: $976.00; Reference: | 7100-000 | | 55.61 | 24,082.32 |
| 05/09/19 | 129 | FARMERS ELEVATOR OF KENSINGTON, MN INC. | Dividend paid  5.69% on $825.00; Claim# 27 -3; Filed: $825.00; Reference: | 7100-000 | | 47.01 | 24,035.31 |
| 05/09/19 | 130 | NATIONWIDE TRANSPORT FINANCE | Dividend paid  5.69% on $1,200.00; Claim# 28; Filed: $1,200.00; Reference: | 7100-000 | | 68.38 | 23,966.93 |
| 05/09/19 | 131 | MJS TRANSPORTATION, INC. | Dividend paid  5.69% on $800.00; Claim# 29; Filed: $800.00; Reference: Stopped on 07/29/19 | 7100-000 | | 45.59 | 23,921.34 |
| 05/09/19 | 132 | HOLDEN TRUCKING INC | Dividend paid  5.69% on $1,314.89; Claim# 30U; Filed: $1,314.89; Reference: | 7100-000 | | 74.92 | 23,846.42 |
| 05/09/19 | 133 | GROUND SHAKER TRANSPORT, LLC | Dividend paid  5.69% on $2,000.00; Claim# 31; Filed: $2,000.00; Reference: | 7100-000 | | 113.96 | 23,732.46 |
| 05/09/19 | 134 | NATIONAL TRUCKLOAD, INC. | Dividend paid  5.69% on $2,379.00; Claim# 32; Filed: $2,379.00; Reference: | 7100-000 | | 135.56 | 23,596.90 |
| 05/09/19 | 135 | RIVER CITY LOGISTICS, INC. | Dividend paid  5.69% on $1,464.00; Claim# 33; Filed: $1,464.00; Reference: | 7100-000 | | 83.42 | 23,513.48 |
| 05/09/19 | 136 | LION ZION TRUCKING LLC | Dividend paid  5.69% on $2,750.00; Claim# 34; Filed: $2,750.00; Reference: | 7100-000 | | 156.70 | 23,356.78 |
| 05/09/19 | 137 | ANTHONY D. BILL TRUCKING | Dividend paid  5.69% on $1,700.00; Claim# 36; Filed: $1,700.00; Reference: | 7100-000 | | 96.87 | 23,259.91 |
| 05/09/19 | 138 | DSD TRANSPORT LLC | Dividend paid  5.69% on $1,302.00; Claim# 39; Filed: $1,302.00; Reference: | 7100-000 | | 74.19 | 23,185.72 |
| 05/09/19 | 139 | X-TREME TRUCKING LLC | Dividend paid  5.69% on $1,650.00; Claim# 40; Filed: $1,650.00; Reference: | 7100-000 | | 94.02 | 23,091.70 |
| 05/09/19 | 140 | WADDELL TRUCKING, LLC | Dividend paid  5.69% on $788.00; Claim# 41 -2; Filed: $788.00; Reference: | 7100-000 | | 44.90 | 23,046.80 |
| 05/09/19 | 141 | MARQUARDT SKYWAY TRANSPORTATION | Dividend paid  5.69% on $895.00; Claim# 42; Filed: $895.00; Reference: | 7100-000 | | 51.00 | 22,995.80 |
| 05/09/19 | 142 | ONE NINER SEVEN TRANSPORT LLC. | Dividend paid  5.69% on $1,161.56; Claim# 43; Filed: $1,161.56; Reference: | 7100-000 | | 66.19 | 22,929.61 |
| 05/09/19 | 143 | KNIGHT CAPITAL FUNDING III, LLC | Dividend paid  5.69% on $187,365.62; Claim# 44; Filed: $187,365.62; Reference: | 7100-000 | | 10,676.42 | 12,253.19 |
| 05/09/19 | 144 | J & J WAREHOUSING AND | Dividend paid  5.69% on $2,000.00; Claim# | 7100-000 | | 113.96 | 12,139.23 |

| | | | | Subtotals : | $0.00 | $12,141.16 | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-20111-MJK | |
| **Case Name:** | LOADSTAR SYSTEMS, INC. | |
| **Taxpayer ID #:** | **-***5425 | |
| **Period Ending:** | 10/07/19 | |

| | |
|---|---|
| **Trustee:** | R. Michael Souther, Trustee (300390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8166 - Checking Account |
| **Blanket Bond:** | $4,055,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | STORAGE, INC. | 45; Filed: $2,000.00; Reference: | | | | |
| 05/09/19 | 145 | ROBERT GLOVER DBA K AND B TRUCK SERVICES | Dividend paid  5.69% on $996.00; Claim# 46; Filed: $996.00; Reference: | 7100-000 | | 56.75 | 12,082.48 |
| 05/09/19 | 146 | FULLY LOADED TRANSPORT, LLC | Dividend paid  5.69% on $2,000.00; Claim# 47; Filed: $2,000.00; Reference: Stopped on 07/29/19 | 7100-000 | | 113.96 | 11,968.52 |
| 05/09/19 | 147 | R. Michael Souther, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,133.21 | 5,835.31 |
| | | | Dividend paid 100.00%          5,725.55 on $5,725.55;  Claim# ; Filed: $5,725.55 | 2100-000 | | | 5,835.31 |
| | | | Dividend paid 100.00%          407.66 on $407.66;  Claim# ; Filed: $407.66 | 2200-000 | | | 5,835.31 |
| 05/09/19 | 148 | R. MICHAEL SOUTHER, P.C. | Combined Check for Claims#et_al. | | | 5,835.31 | 0.00 |
| | | | Dividend paid 100.00%          5,312.50 on $5,312.50;  Claim# ; Filed: $5,312.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%          522.81 on $522.81;  Claim# ; Filed: $522.81 | 3120-000 | | | 0.00 |
| 06/13/19 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,570.00; Claim# 38; Filed: $1,570.00; Reference: Voided: check issued on 05/09/19 | 5800-000 | | -1,570.00 | 1,570.00 |
| 06/13/19 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 1,570.00 | 0.00 |
| 07/29/19 | 131 | MJS TRANSPORTATION, INC. | Dividend paid  5.69% on $800.00; Claim# 29; Filed: $800.00; Reference: Stopped: check issued on 05/09/19 | 7100-000 | | -45.59 | 45.59 |
| 07/29/19 | 146 | FULLY LOADED TRANSPORT, LLC | Dividend paid  5.69% on $2,000.00; Claim# 47; Filed: $2,000.00; Reference: Stopped: check issued on 05/09/19 | 7100-000 | | -113.96 | 159.55 |
| 07/29/19 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 159.55 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 49,755.50 | 49,755.50 | **$0.00** |
| Less: Bank Transfers | | 0.00 | 1,729.55 | |
| **Subtotal** | | **49,755.50** | **48,025.95** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$49,755.50** | **$48,025.95** | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-20111-MJK |
| **Case Name:** | LOADSTAR SYSTEMS, INC. |
| **Taxpayer ID #:** | **-***5425 |
| **Period Ending:** | 10/07/19 |

| | |
|---|---|
| **Trustee:** | R. Michael Souther, Trustee (300390) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******4441 - Checking Account |
| **Blanket Bond:** | $4,055,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-20111-MJK | | | **Trustee:** | R. Michael Souther, Trustee (300390) | |
| **Case Name:** | LOADSTAR SYSTEMS, INC. | | | **Bank Name:** | Metropolitan Commercial Bank | |
| | | | | **Account:** | ******3939 - Checking Account | |
| **Taxpayer ID #:** | **-***5425 | | | **Blanket Bond:** | $4,055,000.00  (per case limit) | |
| **Period Ending:** | 10/07/19 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 1,570.00 | | 1,570.00 |
| 06/14/19 | 101 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,570.00; Claim# 38; Filed: $1,570.00 | 5800-000 | | 1,570.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,570.00** | **1,570.00** | **$0.00** |
| | | | Less: Bank Transfers | | 1,570.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,570.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,570.00** | |

Exhibit 9

Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-20111-MJK | |
| **Case Name:** LOADSTAR SYSTEMS, INC. | |
| **Taxpayer ID #:** **-***5425 | |
| **Period Ending:** 10/07/19 | |

| | |
|---|---|
| **Trustee:** | R. Michael Souther, Trustee (300390) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******3379 - Checking Account |
| **Blanket Bond:** | $4,055,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 159.55 | | 159.55 |
| 07/30/19 | 101 | MJS TRANSPORTATION, INC. | Dividend paid on Claim #29 - 5.69% on $800.00 (Inv #28248) | 7100-000 | | 45.59 | 113.96 |
| 07/30/19 | 102 | FULLY LOADED TRANSPORT, LLC | 5.69% Dividend paid on Claim #47 for $2,000 (Inv. #2016-1263) | 7100-000 | | 113.96 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 159.55 | 159.55 | $0.00 |
| Less: Bank Transfers | 159.55 | 0.00 | |
| **Subtotal** | 0.00 | 159.55 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $159.55 | |

| | |
|---|---|
| Net Receipts : | 49,755.50 |
| Net Estate : | $49,755.50 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8166** | **49,755.50** | **48,025.95** | **0.00** |
| **Checking # ******4441** | **0.00** | **0.00** | **0.00** |
| **Checking # ******3939** | **0.00** | **1,570.00** | **0.00** |
| **Checking # ******3379** | **0.00** | **159.55** | **0.00** |
| | **$49,755.50** | **$49,755.50** | **$0.00** |

{} Asset reference(s)